UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTIAN HALL**<br><br>*Defendant.* | Case: 1:26-mj-000005<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 1/14/2026<br>Description: COMPLAINT W/ARREST WARRANT<br><br><u>UNDER SEAL</u> |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, William Straw, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging Christian Hall with Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a).

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**PROBABLE CAUSE**

4. On July 13, 2015, Christian HALL was convicted on two counts of Contributing to the Sexual Delinquency of a Minor and one count of Custodial Interference in the First Degree in the Circuit Court of the State of Oregon for the County of Yamhill in case number 15CR13292.

On September 25, 2017, Christian HALL was convicted on one count of Sexual Abuse in the Second Degree in the Circuit Court of the State of Oregon for Multnomah County in case number 16CR33801. As a result of HALL's convictions, he was provided with notice that he was required to register as a sex offender for life every ninety days. Due to HALL's prior convictions, he is a sex offender under the Sex Offender Registration and Notification Act (SORNA) and is required to register pursuant to SORNA.

5. An inquiry with the State of Oregon lists Hall as a non-compliant sex offender. HALL last registered as a sex offender in Oregon in 2018. The Oregon Parole Board issued a parole violation warrant for HALL on April 1, 2021, which is still outstanding.

6. The state of Colorado also lists HALL as a noncompliant sex offender. HALL last registered in Colorado in 2024. On January 27, 2025, El Paso County, Colorado issued a warrant for HALL for failure to register as a sex offender. That warrant is still outstanding.

**HALL's Presence in the District of Columbia**

7. Hall has had multiple encounters with the Metropolitan Police Department (MPD) between August 5, 2024, and December 1, 2025. On August 5, 2024, MPD responded to a sick person call in the District of Columbia and made contact with an individual who identified themselves as Christian Ravenwind with date of birth September 23, XXXX. Christian Ravenwind is a known alias used by HALL. September 23, XXXX is HALL's date of birth. On September 30, 2024, MPD made contact with Christian Ravenwind during a call for a man with a knife in the District of Columbia. On October 13, 2024, MPD made contact with Christian Ravenwind during a call for a man with a knife in the District of Columbia. On December 16, 2024, MPD arrested HALL for destruction of property. Following his arrest, HALL was identified as a fugitive based on the outstanding Colorado warrant, however, Colorado authorities did not obtain custody of

HALL following his arrest in the District of Columbia. On May 10, 2025, March 30, 2025, August 12, 2025, and October 30, 2025, MPD made contact with Christian Ravenwind in the District of Columbia.

8. On November 29, 2025, MPD made contact with HALL following a call for unlawful entry at George Washington University. University Police told MPD officers that HALL was previously barred from campus. MPD arrested HALL for unlawful entry. On December 1, 2025, when HALL was in the D.C. Superior Court cellblock, a Deputy Marshal with the United States Marshal Service served HALL with a District of Columbia Sex Offender Registry Initial Sex Offender Registration Notice. The notice informed Hall that, based on his sex offense convictions he was required to register as a sex offender in the District of Columbia. HALL acknowledged his understanding of his requirement to register as a sex offender and informed the Deputy Marshal that he would walk to register as a sex offender following his release from custody. The CSOSA office where individuals register as a sex offender is approximately one block away from the D.C. Superior Court building. During the conversation with the Deputy Marshal, HALL acknowledged that he had been residing in the District of Columbia.

9. On January 7, 2026, law enforcement conducted a check of the National Sex Offender Database which revealed that Hall is not currently registered as a compliant sex offender in any other state. Hall is also not registered with the District of Columbia Sex Offender Registry.

**CONCLUSION**

10.     Based on the foregoing, there is probable cause to believe that Christian HALL committed the offense of Failure to Register as a Sex Offender in violation of 18 U.S.C. 2250(a).

Respectfully submitted,

_____
William Straw
United States Marshal Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on the 14th of January 2026.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE