AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 10225265

**RECEIVED**
By USMS District of Columbia District Court at 1:23 pm, Jan 15, 2026

United States of America
v.
Christian Hall (AKA: Christian Ravenwind)

*Defendant*

Case: 1:26-mj-000005
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 1/14/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Christian Hall,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2250(a) (Failure to Register as a Sex Offender).

Date:  01/14/2026

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*



### Return

This warrant was received on *(date)* Jan 15 2026, and the person was arrested on *(date)* 3/2/26
at *(city and state)* Washington DC.

Date: 3/2/26

*Arresting officer's signature*

Ross Kajtka  DUSM
*Printed name and title*